NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3257

CONSTANCE R. SPEED,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

UNITED STATES POSTAL SERVICE,

Intervenor.

Kenneth M. Plaisance, of New Orleans, Louisiana, argued for petitioner.

Calvin M. Morrow, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel; and Rosa M. Koppel, Deputy General Counsel.

Allison Kidd-Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for intervenor. With her on the brief were Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3257

CONSTANCE R. SPEED,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

UNITED STATES POSTAL SERVICE,

Intervenor.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      DA0353060594-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

   Per Curiam (MICHEL, Chief Judge, LINN, Circuit Judge, and Zagel*, District Judge).

AFFIRMED.  See Fed. Cir. R. 36.


               ENTERED BY ORDER OF THE COURT


DATED  June 6, 2008        /s/ Jan Horbaly
                      Jan Horbaly, Clerk

---

* Honorable James B. Zagel, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.